DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ERICA D. ENTSMINGER. ESQ.
Nevada Bar No. 7432
EGLET PRINCE
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Tel.: (702) 450-5400
Fax: (702) 450-5451
Email: eservice@egletlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ETHAN VOLUNGIS, an individual, FAROOQ ABDULLA, an individual, and NIGHAT ABDULLA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation, DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X inclusive, <br><br> Defendants. | CASE NO.: 2:17-cv-02247-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND THE RESPONSIVE BRIEFING SCHEDULE REGARDING DEFENDANT LIBERTY MUTUAL'S MOTION TO STAY ALL PROCEEDINGS IN THIS CASE PENDING RESOLUTION OF UNDERLYING STATE COURT APPEAL OF VOLUNGIS' PERSONAL INJURY JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs ETHAN VOLUNGIS, FAROOQ ABDULLA, through their attorneys of record, DENNIS M. PRINCE, ESQ., TRACY A. EGLET, ESQ., and ERICA D. ENTSMINGER, ESQ. of EGLET PRINCE, and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through their attorneys of record, GREGORY J. KERWIN, ESQ. of GIBSON, DUNN & CRUTCHER, LLP and AMY M. SAMBERG, ESQ. and CASEY G. PERKINS, ESQ. of FORAN GLENNON PALANDECH PONZI & RUDOLPH, PC, pending the Court's approval, that the date for

Plaintiffs to file their Opposition to Defendant Liberty Mutual's Motion to Stay all Proceedings in this Case Pending Resolution of Underlying State Court Appeal of Volungis' Personal Injury Judgment shall be continued from December 4, 2017 to December 18, 2017.

IT IS FURTHER STIPULATED AND AGREED that the date for Defendant to file a Reply in support of Liberty Mutual's Motion to Stay shall be continued from December 11, 2017 to January 2, 2018.

. . .

The purpose of the parties' request for this extension is to accommodate Plaintiffs' counsel's conflict as they are currently serving as trial counsel in the matter of *Yannatone v. Drake*, in the Eighth Judicial District Court, Clark County, Case No. A-15-713605-C. The trial began on November 27, 2017 and was expected to last approximately three (3) weeks but ended in a mistrial on December 4, 2017.

Date: December 4, 2017

**EGLET PRINCE**

/s/ Dennis M. Prince
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
*Attorney for Plaintiffs*

Date: December 4, 2017

**FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC**

/s/ Amy M. Samberg
AMY M. SAMBERG, ESQ.
Nevada Bar No. 10212
1 East Washington Street, Suite 500
Phoenix, AZ 85004

CASEY G. PERKINS, ESQ.
Nevada Bar No. 12063
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

Date: December 4, 2017

**GIBSON, DUNN & CRUTCHER, LLP**

/s/ Gregory J. Kerwin
GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
1801 California Street, Suite 4200
Denver, CO 80202-2642
*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

## ORDER

IT IS SO ORDERED this 5th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE