**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ETHAN VOLUNGIS, an individual; FAROOQ ABDULLA, an individual; and NIGHAT ABDULLA, an individual,

Plaintiffs,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,

Defendants.

2:17-cv-02247-JCM-VCF

**ORDER GRANTING DEFENDANT'S MOTION FOR EXENSION OF TIME (ECF No. 39)**

Before the Court is Liberty Mutual's Motion for Order Approving 21-Day Extension of Time to Respond to Plaintiffs' First Amended Complaint (ECF No. 39). Plaintiffs filed an opposition to the instant motion. (ECF No. 41). Defendant filed a reply in support of its motion. (ECF No. 45).

Considering the totality of the circumstances, Defendant has demonstrated good cause for the requested extension. In response to defendant's request for a 21-day extension, Plaintiffs offered 10 days. Ten days from the original due date falls on a Sunday, July 27, 2020. Plaintiffs have not demonstrated that they will suffer any prejudice as a result of the defendant filing its responsive pleading and motion ten days later.

Accordingly, IT IS HEREBY ORDERED that Liberty Mutual's Motion for Order Approving 21-Day Extension of Time to Respond to Plaintiffs' First Amended Complaint (ECF No. 39) is Granted. The time for Defendant to respond to Plaintiff's First Amended Complaint is extended up to and including August 6, 2020.

DATED this 20th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE