1   DENNIS M. PRINCE
    Nevada Bar No. 5092
2   KEVIN T. STRONG
    Nevada Bar No. 12107
3   **PRINCE LAW GROUP**
    10801 W. Charleston Boulevard
4   Suite 560
    Las Vegas, Nevada 89135
5   Tel:  (702) 534-7600
    Fax: (702) 534-7601
6   E-mail:  eservice@thedplg.com
    Attorneys for Plaintiffs
7   *Ethan Volungis, Farooq Abdulla, and*
    *Nighat Abdulla*
8

                **UNITED STATES DISTRICT COURT**
9
                    **DISTRICT OF NEVADA**
10

11   ETHAN VOLUNGIS, an individual; FAROOQ        Case No. 2:17-CV-2247 JCM-VCF
12   ABDULLA, an individual; and NIGHAT
     ABDULLA, an individual
13
                                                  **STIPULATION AND**
14           Plaintiffs,                          **ORDER TO**
                                                  **EXTEND BRIEFING SCHEDULE**
15   vs.                                          **FOR DEFENDANT LIBERTY**
                                                  **MUTUAL'S MOTION TO**
16   LIBERTY   MUTUAL   FIRE   INSURANCE          **DISMISS PLAINTIFFS' FIRST**
     COMPANY, a Foreign Corporation; DOES I       **AMENDED COMPLAINT (ECF**
17   through X, inclusive; and ROE BUSINESS       **38)**
18   ENTITIES, I through X, inclusive
                                                  **(First Request)**
19           Defendants.
20

21          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ETHAN

22   VOLUNGIS, FAROOQ ABDULLA, and NIGHAT ABDULLA, through their counsel of

23   record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant

24   LIBERTY FIRE MUTUAL INSURANCE COMPANY, through its counsel of record,

25   Frank Falzetta and Jennifer Hoffman of SHEPPARD MULLIN RICHTER &

26   HAMPTON, LLP and Walter R. Cannon of OLSON CANNON GORMLEY &

27   STOBERSKI, that the deadline for Plaintiffs to file their Response to Defendant Liberty

28



Mutual's Motion to Dismiss Plaintiffs' First Amended Complaint shall be extended seven (7) days, from August 20, 2020 to August 27, 2020. Defendant Liberty Mutual filed its Motion on August 6, 2020.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Defendant Liberty Mutual to file its Reply Brief to Plaintiffs' Opposition shall be extended seven (7) days from September 3, 2020 to September 10, 2020. This is the first request for extension of time to file briefing arising from Defendant Liberty Mutual's Motion to Dismiss. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this brief extension of time for a multitude of reasons. Plaintiffs' lead counsel, Dennis M. Prince, participated in a trial before the Eighth Judicial District Court styled as *In Re: D.O.T. Litigation*, Case No. A-19-787004-B. This trial lasted approximately six weeks and concluded on Tuesday, August 18, 2020. In addition, Plaintiffs' other counsel, Kevin T. Strong, was recently out of the office to undergo a medical procedure. Given the complexities of the arguments set forth in Defendant Liberty Mutual's Motion, additional time is needed to ensure the issues presented are fully addressed by both parties to aid this Court in its ultimate decision. This brief extension of time will allow both parties a full and fair opportunity to achieve this result.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time is not made in bad faith or for any other untoward purpose.

DATED this <u>20th</u> day of August, 2020.

**PRINCE LAW GROUP**

/s/ Kevin T. Strong
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Attorney for Plaintiffs
*Ethan Volungis, Farooq Abdulla,*
*and Nighat Abdulla*

DATED this <u>20th</u> day of August, 2020

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

/s/ Frank Falzetta
FRANK FALZETTA (*Pro Hac Vice*)
JENNIFER HOFFMAN (*Pro Hac Vice*)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
-AND-
WALTER R. CANNON
Nevada Bar No. 1505
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
*Liberty Mutual Fire Insurance Company*

## <u>ORDER</u>

**IT IS SO ORDERED.**

DATED August 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

3

