1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   10801 W. Charleston Boulevard
4  Suite 560
   Las Vegas, Nevada 89135
5  Tel: (702) 534-7600
   Fax: (702) 534-7601
6  E-mail: eservice@thedplg.com
   Attorneys for Plaintiffs
7  *Ethan Volungis, Farooq Abdulla, and*
   *Nighat Abdulla*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETHAN VOLUNGIS, an individual; FAROOQ ABDULLA, an individual; and NIGHAT ABDULLA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive<br><br>Defendants. | Case No. 2:17-CV-2247 JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF PLAINTIFF FAROOQ ABDULLA'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS #1 (ECF No. 78)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ETHAN VOLUNGIS, FAROOQ ABDULLA, and NIGHAT ABDULLA, through their counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY, through its counsel of record, Frank Falzetta and Jennifer Hoffman of SHEPPARD MULLIN RICHTER & HAMPTON, LLP and Walter R. Cannon of OLSON CANNON GORMLEY & STOBERSKI, that Plaintiff Farooq Abdulla's Motion to Compel Responses to Requests for Production of Documents #1 (ECF No. 78) shall be withdrawn and/or vacated from



the Court's calendar.  The parties have reached a resolution of the above-entitled matter thereby rendering Plaintiff Farooq Abdulla's Motion to Compel Responses to Requests for Production of Documents #1 (ECF No. 78) moot.

DATED this 16th day of April, 2021.  DATED this 16th day of April, 2021

**PRINCE LAW GROUP**  **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

*/s/ Kevin T. Strong*  
DENNIS M. PRINCE  
Nevada Bar No. 5092  
KEVIN T. STRONG  
Nevada Bar No. 12107  
10801 W. Charleston Boulevard  
Suite 560  
Las Vegas, Nevada 89135  
Attorney for Plaintiffs  
*Ethan Volungis, Farooq Abdulla, and Nighat Abdulla*

*/s/ Frank Falzetta*  
FRANK FALZETTA (*Pro Hac Vice*)  
JENNIFER HOFFMAN (*Pro Hac Vice*)  
333 South Hope Street, 43rd Floor  
Los Angeles, California 90071  
-AND-  
WALTER R. CANNON  
Nevada Bar No. 1505  
OLSON CANNON GORMLEY & STOBERSKI  
9950 W. Cheyenne Avenue  
Las Vegas, Nevada 89129  
Attorneys for Defendant  
*Liberty Mutual Fire Insurance Company*

## ORDER

**IT IS SO ORDERED.**

DATED this 16th day of April, 2021.

_____  
UNITED STATES MAGISTRATE JUDGE

