Walter R. Cannon, Esq., NV Bar No. 1505
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Fax: 702-383-0701
Email: wcannon@ocgas.com

Frank Falzetta, Esq. *(Pro Hac Vice)*
Jennifer Hoffman, Esq. *(Pro Hac Vice)*
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA. 90071
Telephone: 213-617-4194
Email: ffalzetta@sheppardmullin.com
jhoffman@sheppardmullin.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETHAN VOLUNGIS, an individual, FAROOQ ABDULLA, an individual, and NIGHAT ABDULLA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation, DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02247-JCM-VCF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

COMES NOW the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice; each side to bear their own attorney's fees and costs.

DATED this 18th day of May, 2021.

PRINCE LAW GROUP

DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
10801 W. Charleston Blvd.
Suite 560
Las Vegas, Nevada 89134
Attorney for Plaintiffs
Ethan Volungis, Farooq Abdulla,
and Nighat Abdulla

OLSON CANNON GORMLEY & STOBERSKI

WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
Liberty Mutual Fire Insurance
Company

SHEPPARD MULLIN RICHTER & HAMPTON, LLC

FRANK FALZETTA, ESQ. (Pro Hac Vice)
JENNIFER HOFFMAN, ESQ. (Pro Hac Vice)
333 South Hope Street, 43rd Floor
Los Angeles, CA. 90071
Attorneys for Defendant
Liberty Mutual Fire Insurance
Company

## ORDER

Based upon the Stipulation of the parties, it is hereby ORDERED that the above-entitled matter is dismissed with prejudice; each side to bear its own costs and attorney's fees.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: May 24, 2021

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant